UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP - 7 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Shawn Martin Finch, )
)
    Plaintiff, )
)
       v. ) Civil Action No. 11 1606
)
Emmet G. Sullivan, )
)
    Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on review of the plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (requiring dismissal of a complaint upon a determination that the complaint, among other enumerated grounds, fails to state a claim upon which relief may be granted).

The plaintiff is a District of Columbia resident. In the complaint captioned "Action Involves Discrimination," the plaintiff sues United States District Judge Emmet G. Sullivan of this Court for "dismissal of cases and denying a fair hearing." Complaint at 1. He seeks "to have [d]ismissed cases reopened and trialed [sic]." *Id*. at 2. Judges are absolutely immune from lawsuits predicated, as here, on their official acts. *Forrester v. White*, 484 U.S. 219, 225 (1988); *Stump v. Sparkman*, 435 U.S. 349, 355-57 (1978); *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993). Therefore, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

/s/ 
United States District Judge

Date: September 3, 2011