UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Shawn Martin Finch,

    Plaintiff,

v.                      Civil Action No. 11 1606

Emmet G. Sullivan,

    Defendant.

MEMORANDUM OPINION

This matter is before the Court on review of the plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (requiring dismissal of a complaint upon a determination that the complaint, among other enumerated grounds, fails to state a claim upon which relief may be granted).

The plaintiff is a District of Columbia resident. In the complaint captioned "Action Involves Discrimination," the plaintiff sues United States District Judge Emmet G. Sullivan of this Court for "dismissal of cases and denying a fair hearing." Complaint at 1. He seeks "to have [d]ismissed cases reopened and trialed [sic]." *Id.* at 2. Judges are absolutely immune from lawsuits predicated, as here, on their official acts. *Forrester v. White*, 484 U.S. 219, 225 (1988); *Stump v. Sparkman*, 435 U.S. 349, 355-57 (1978); *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993). Therefore, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

/s/ Reggie B. Walton
United States District Judge

Date: September 3, 2011